USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/3/2025

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

YISRAEL Z. HEILMANN,

Plaintiff,

-against-

YESHIVA UNIVERSITY; Dean Dr. SARA
ASHER; Dr. YEDIDYA LEVY; MRS. LOPEZ;
Dr. YAEL MUSKAT; JENNIFER GOLDEN;
Dean Dr. REBECCA CYPESS; ABIGAIL
KELSEN; and SAPIR AMAR,

Defendants.

---

25 Civ. 2491 (AT)

**ORDER OF
SERVICE**

ANALISA TORRES, District Judge:

Plaintiff *pro se*, Yisrael Heilmann, brings this action against Defendants alleging, *inter alia*, that Defendants violated his rights under the Americans with Disabilities Act, 42 U.S.C. § 12101, *et seq*.; the Rehabilitation Act, 29 U.S.C. § 701, *et seq*; and state law. *See generally* Compl., ECF No. 1.

By order dated April 2, 2025, the Court granted Heilmann's request to proceed *in forma pauperis* ("IFP"), that is, without prepayment of fees. ECF No. 8. Because Heilmann has been granted permission to proceed IFP, he is entitled to rely on the Court and the U.S. Marshals Service to effect service.[1] *Walker v. Schult*, 717 F.3d 119, 123 n.6 (2d Cir. 2013); *see also* 28 U.S.C. § 1915(d) ("The officers of the court shall issue and serve all process . . . in [IFP] cases."); Fed. R. Civ. P. 4(c)(3) (stating that the Court must order the Marshals Service to serve if the plaintiff is authorized to proceed IFP).

To allow Heilmann to effect service on Defendants through the Marshals Service, the Clerk of Court is respectfully directed to fill out a U.S. Marshals Service Process Receipt and Return form (USM-285 form) for Defendants. The Clerk of Court is further directed to issue a summons and deliver to the Marshals Service all the paperwork necessary for the Marshals Service to effect service upon Defendants.[2]

If the complaint is not served within 90 days after the date summons are issued, Heilmann should request an extension of time for service. *See Meilleur v. Strong*, 682 F.3d 56,

---

[1] Although Federal Rule of Civil Procedure 4(m) generally requires that a summons be served within 90 days of the date the complaint is filed, Heilmann is proceeding IFP and could not have effected service until the Court reviewed the complaint and ordered that the summons be issued. The Court, therefore, extends the time to serve until 90 days after the date any summons issue.

[2] Heilmann provides Sapir Amar's "last known" address in Manhattan. *See* ECF No. 3-1. In a related action, 25 Civ. 2431, the Court issued an order directing Defendant Yeshiva University to provide a current service address for Amar. ECF No. 9 in 25 Civ. 2431.

1

63 (2d Cir. 2012) (stating that it is the plaintiff's responsibility to request an extension of time for service). Heilmann must notify the Court in writing if his address changes, and the Court may dismiss the action if he fails to do so.

Additionally, the Court GRANTS Heilmann's motion for permission to file documents electronically. ECF No. 5. The ECF Rules and Instructions are available online at https://nysd.uscourts.gov/rules/ecf-related-instructions. Heilmann is advised that, following his registration to file documents electronically, he will no longer receive service of documents by postal mail, whether or not he previously consented to accept electronic service. All documents filed by the Court or any other party shall be served on Heilmann by electronic notice to his designated email address. *See* Fed. R. Civ. P. 5(b)(2)(E). Should Heilmann have any questions regarding electronic filing, he may call the ECF Help Desk at (212) 805-0800.

The Clerk of Court is respectfully directed to mail an information package to Heilmann and terminate the motion at ECF No. 5.

SO ORDERED.

Dated: April 3, 2025
    New York, New York

_____
ANALISA TORRES
United States District Judge

2

**SERVICE ADDRESSES FOR DEFENDANTS**

1.  Yeshiva University
    500 West 185th Street
    New York, NY 10033

2.  Dr. Sara Asher, Dean of Students
    Yeshiva University
    500 West 185th Street
    New York, NY 10033

3.  Dr. Yael Muskat, Director, Counseling Center
    Yeshiva University
    500 West 185th Street
    New York, NY 10033

4.  Dr. Yedidya Levy, Associate Director, Counseling Center
    Yeshiva University
    500 West 185th Street
    New York, NY 10033

5.  Mrs. Lopez, Counseling Center employee
    Yeshiva University
    500 West 185th Street
    New York, NY 10033

6.  Jennifer Golden, Director, Office of International Services
    Yeshiva University
    500 West 185th Street
    New York, NY 10033

7.  Dean Dr. Rebecca Cypess
    Yeshiva University
    500 West 185th Street
    New York, NY 10033

8.  Abigail Kelsen, Administrator, Office of Disabilities
    Yeshiva University
    500 West 185th Street
    New York, NY 10033