UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
YISRAEL Z. HEILMANN,

                      Plaintiff,

      - against -

YESHIVA UNIVERSITY, et al.,

                    Defendant.
------------------------------------------------------------X

25-CV-2491 (AT) (RWL)

**ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

      To the extent Plaintiff's notice filed at Dkt. 37 requests relief, it is denied. Plaintiff will have the opportunity to discuss case management and scheduling at the conference scheduled for June 12, 2025.

                                              SO ORDERED.

                                              ROBERT W. LEHRBURGER
                                              UNITED STATES MAGISTRATE JUDGE

Dated: June 5, 2025
        New York, New York

Copies transmitted this date to all counsel of record.

1