# EXHIBIT 2

## Winnick, Kyle

**From:** Joshua Kahane <jkahane@Glankler.com>
**Sent:** Friday, May 23, 2025 3:17 PM
**To:** Winnick, Kyle
**Cc:** Kesselman, Dov
**Subject:** Re: Activity in Case 1:25-cv-02431-AT-RWL Heilmann v. Yeshiva University et al Notice of Appearance

**This Message Is From an Untrusted Sender**

You have not previously corresponded with this sender.

I'm so sorry. I've been on airplanes today. You may certainly say that we both consent to and support the motion.

**S. Joshua Kahane**
**GLANKLER BROWN PLLC**
**6000 Poplar Ave, Suite 400**
**Memphis, TN 38119**
**Direct: 901.576.1701**
**General: 901.525.1322**
**Fax: 901.525.2389**
**Jkahane@glankler.com**
**www.glankler.com [glankler.com]**

*Please forgive typographical errors or grammatical oddities. This message is being sent (by dictation) from my iPhone.*

On May 23, 2025, at 2:07 PM, Winnick, Kyle <kwinnick@seyfarth.com> wrote:

Josh,

I've tried you a couple of times. Can we mark your client as being unopposed to the continuance we're requesting? We plan to file today.

Thanks,

**Kyle D. Winnick** (he/him/his) | Partner | Seyfarth Shaw LLP
620 Eighth Avenue | New York, New York 10018-1405
Direct: +1-212-218-5510 | Mobile: +1-716-573-1202
kwinnick@seyfarth.com | www.seyfarth.com

1