# Exhibit 4

## Winnick, Kyle

| | |
|---|---|
| **From:** | Yisrael Heilmann <yzh2@protonmail.com> |
| **Sent:** | Friday, May 30, 2025 6:52 PM |
| **To:** | Winnick, Kyle; Almon, Lorie |
| **Subject:** | Formal Notice: Cease Direct Contact Due to Active Criminal and Disciplinary Proceedings for Seyfarth Shawn LLP |
| **Attachments:** | 6148_25 JMS.pdf |

**This Message Is From an External Sender**
This message came from outside your organization.

To:

Seyfarth Shaw LLP

620 Eighth Avenue

New York, NY 10018

Date: May 30,2025

Dear Mrs. Almon, dear Mr. Winnick

This correspondence serves as a formal and final notice that, effective immediately, you are instructed to cease all direct or informal contact with me outside of official judicial channels. This restriction is necessitated by the fact that:

**Mr. Winnick is currently the subject of active criminal investigation in Germany pursuant to § 164 StGB (falsche Verdächtigung) and § 187 StGB (Verleumdung), as well as a pending bar grievance in the State of New York for violations of Rule 11(b) of the Federal Rules of Civil Procedure, among others.**

**Unfortunately, also Mr. Kesselman and Mr Capell are under investigation from earlier misconduct.**

**Mrs. Almon for more information please reach out to the Ministery of Justice, phone**

**and case number given on that letter attached.**

Your unlawful and defamatory mischaracterization of a protected Rule 408 settlement communication as "extortion" in a federal court filing — despite knowing its inadmissibility and confidentiality —

1

constitutes not only procedural misconduct, but a deliberate attempt to criminalize protected speech, intimidate a pro se litigant, and obstruct ongoing civil proceedings.

Accordingly, any further communication from you must be limited strictly to:

1. . Court filings submitted through the Electronic Case Filing (ECF) system, or

2. Certified postal correspondence to my address of record.

Any unsolicited direct contact, including email, phone, or informal outreach, will be documented as continued retaliation and used as evidence in both civil and criminal proceedings now underway. Further violations may trigger additional legal remedies, including motions for sanctions and injunctive relief under federal law.

I reserve all rights in full.

Sincerely,

Yisrael Z. Heilmann

Sent from Proton Mail [proton.me] for iOS
**All rights are reserved.** This communication does not constitute a waiver of any of Mr. Heilmann's rights or remedies available under law, nor does it preclude the initiation of any additional legal actions, claims, or remedies that may arise in the future.

2